UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALASTAIR McGUIRE, et al., | No. 2:16-cv-0206 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| VIGILANT CANINE SERVICES INTERNATIONAL, LLC, et al., | |
| Defendants. | |

Plaintiffs have filed an application for entry of default judgment by the Clerk of Court. ECF No. 10. This matter is not appropriate for entry of default judgment by the Clerk. See Fed. R. Civ. P. 55(b)(1). The application will therefore be denied without prejudice.

If plaintiffs choose to move for entry of default judgment by the Court, plaintiffs are advised that any such motion must be accompanied by a fully briefed memorandum of points and authorities setting forth the elements of the causes of action upon which judgment is sought and supported by appropriate affidavits. In addition, if plaintiffs seek attorney's fees, the statutory or contractual basis therefor must be established and such claim must also be supported by competent evidence. Further, the motion for default judgment, memorandum of points and authorities, and supporting evidence must be accompanied by a proof of service demonstrating

/////

1

1  that the moving papers have been served on defendants, both at the California address of the
2  defendant business as well as at the address where service of summons was effectuated.
3     Although this action has been filed as a putative class action, a class has not been
4  certified. Any entry of default judgment will accordingly not be entered on a class-wide basis.
5     Upon review of the docket, it appears that service of summons may not have been proper.
6  See Fed. R. Civ. P. 4(h), ECF Nos. 4, 5. The executed return of summons does not demonstrate
7  personal service on the registered agent for service of process for the defendant limited liability
8  partnership at the address listed on the California Secretary of State[1] website. If plaintiffs
9  contend that service of summons is proper, any motion for default judgment must set forth the
10 legal basis for such contention with citation to the applicable California and/or Nevada state
11 statutes.
12    Accordingly, IT IS HEREBY ORDERED that the application for default judgment (ECF
13 No. 10) is denied without prejudice.

Dated: July 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mcguire206.def.app.den

---

[1] The court takes judicial notice under Federal Rule of Evidence 201(b)(2) of the records of the California Secretary of State.