UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALASTAIR McGUIRE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>VIGILANT CANINE SERVICES<br>INTERNATIONAL, LLC, et al.,<br><br>   Defendants. | No.  2:16-cv-0206 TLN CKD<br><br>FINDINGS AND RECOMMENDATIONS |

Pending before the court is plaintiffs' motion for default judgment against defendant Vigilant Canine Services International, LLC.[1] The matter was submitted on the briefs. E.D. Cal. L.R. 230(g). The undersigned has fully considered the briefs and record in this case and, for the reasons stated below, will recommend that plaintiff's motion for default judgment be granted.

In this action, plaintiffs allege claims for breach of contract, failure to timely pay all wages due and owing upon separation of employment, unfair business practices, violation of the Fair Credit Reporting Act, and violation of the California Investigative Consumer Reporting Agencies Act. The record reflects that defendant Vigilant Canine Services International, LLC ("Vigilant") was properly served on February 14, 2016. ECF Nos. 4, 5. Default against

---

[1] Plaintiffs do not move for entry of default judgment against defendant Buckley Dikes II because this defendant has filed for personal bankruptcy.

1

defendant Vigilant was entered on June 28, 2016. ECF No. 11. In the motion for default judgment, plaintiff seeks damages in the amount of $141,000 and attorneys' fees and costs in the amount of $90,937.41 for the total sum of $231,937.41.

Entry of default effects an admission of all well-pleaded allegations of the complaint by the defaulted party. Geddes v. United Financial Group, 559 F.2d 557 (9th Cir. 1977). The court finds the well pleaded allegations of the complaint state a claim for which relief can be granted. Anderson v. Air West, 542 F.2d 1090, 1093 (9th Cir. 1976). The application for default judgment and the exhibits and affidavits attached thereto also support the finding that plaintiffs are entitled to the relief in the form of monetary and statutory damages as requested in the prayer for default judgment, which does not differ in kind from the relief requested in the complaint. Henry v. Sneiders, 490 F.2d 315, 317 (9th Cir.), cert. denied, 419 U.S. 832 (1974). The amount sought is supported by the affidavits submitted in support of the motion for default judgment. With respect to the claimed attorney's fees and costs, the amount of time actually expended and the hourly rate is reasonable. However, plaintiffs seek an additional amount of attorneys' fees for speculative time spent in collecting the judgment. The court will therefore recommend an award only of the fees actually expended, i.e. $72,072.10 and costs in the amount of $937.41. There are no policy considerations which preclude the entry of default judgment of the type requested. See Eitel v. McCool, 782 F.2d 1470, 1471-1472 (9th Cir. 1986) (factors that may be considered by the court are possibility of prejudice to the plaintiff, merits of plaintiff's substantive claim, sufficiency of the complaint, sum of money at stake in the action; possibility of a dispute concerning material facts; whether the default was due to excusable neglect, and strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits).

For the foregoing reasons, IT IS HEREBY ORDERED that the hearing date of July 13, 2016 is vacated; and

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's motion for default judgment (ECF No. 13) be granted; and

2. Default judgment against defendant Vigilant Canine Services International, LLC be entered in the amount of $214,009.51.

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
7 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8  Dated:  August 3, 2016

9  _____
   CAROLYN K. DELANEY
10 UNITED STATES MAGISTRATE JUDGE

11  4 mcguire-vcsi0206.def